

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC SPEED | CIVIL ACTION NO. 07-1583-A |
| -vs- | JUDGE DRELL |
| URBAN VISIONARIES, INC., et al. | MAGISTRATE JUDGE KIRK |

### RULING

Before the Court is a Motion to Remand filed by Plaintiff, Eric Speed, on January 17, 2008. (Document No. 19.) A response has been submitted (Document No. 21), and the Court sees no need for oral argument. For the reasons set forth below, the Motion to Remand will be GRANTED.

Plaintiff's original personal injury suit against Urban Visionaries, Inc. ("Urban Visionaries") and Hartford Fire Insurance Company ("Hartford") was filed on April 17, 2007 and bears Number 227,661 "F" on the docket of the Ninth Judicial District Court, Rapides Parish, Louisiana. (Document No. 1, Exhibit 1.) Defendants filed a Notice of Removal based on diversity of citizenship in this Court on September 21, 2007. (Document No. 1.) Plaintiff's First Amending Petition for Damages, adding the Rapides Parish School Board as a named defendant, was filed on November 13, 2007. (Document No. 13.)

Defendants, Urban Visionaries and Hartford, admit the presence of the Rapides Parish School Board in this litigation destroys diversity jurisdiction under 28 U.S.C. § 1332. The Court agrees. Accordingly, this matter will be remanded to the Ninth Judicial District Court for further proceedings.

SIGNED on this 31st day of January, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE